Marc E. Wolin (mew@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
**SAIBER LLC**
One Gateway Center
Newark, N.J. 07102
Telephone: (973) 622-3333
Facsimile: (973) 622-3349

Michael A. Hatch (MHatch@blackwellburke.com)
**BLACKWELL BURKE P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN 55402
Telephone: (612) 343-3289
Facsimile: (612) 343-3205

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACOB GUNVALSON, CHERI AND JOHN GUNVALSON, AS GUARDIANS FOR JACOB GUNVALSON, AND CHERI AND JOHN GUNVALSON, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>PTC THERAPEUTICS, INC.,<br><br>Defendant. | Civil Action No. 08-3559 (WJM) (MF)<br><br>**NOTICE OF APPEARANCE**<br><br>*DOCUMENT FILED ELECTRONICALLY* |

**PLEASE TAKE NOTICE** that plaintiffs Jacob Gunvalson, Cheri and John Gunvalson, as guardians for Jacob Gunvalson, and Cheri and John Gunvalson, individually (collectively, "Plaintiffs") are represented by the firm of Saiber LLC in the above matter. Jakob B. Halpern hereby enters his appearance as counsel of record in addition to Marc E. Wolin, who has already been duly designated by the Court as "lead attorney to be noticed" on behalf of Plaintiffs. Accordingly, Plaintiffs respectfully request that any future Notices of Electronic Filing related to

this case also be forwarded to Jakob B. Halpern at (jbh@saiber.com).

Dated: July 18, 2008

          **SAIBER LLC**
          *Attorneys for Plaintiffs*

          /s/ Jakob B. Halpern
          **JAKOB B. HALPERN**