Marc E. Wolin (mew@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
**SAIBER LLC**
One Gateway Center
Newark, N.J. 07102
Telephone: (973) 622-3333
Facsimile: (973) 622-3349

Michael A. Hatch (MHatch@blackwellburke.com)
**BLACKWELL BURKE P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN 55402
Telephone: (612) 343-3289
Facsimile: (612) 343-3205

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACOB GUNVALSON, CHERI AND JOHN GUNVALSON, AS GUARDIANS FOR JACOB GUNVALSON, AND CHERI AND JOHN GUNVALSON, INDIVIDUALLY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PTC THERAPEUTICS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 08-3559 (WJM) (MF)<br><br>**NOTICE OF PLAINTIFFS' MOTION**<br>**FOR A PRELIMINARY INJUNCTION**<br><br>*DOCUMENT FILED*<br>*ELECTRONICALLY*<br><br>**RETURN DATE to be set by the Court** |

**TO:** **PTC Therapeutics, Inc.**
　　　　100 Corporate Court
　　　　South Plainfield, N.J. 07080

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, plaintiffs Jacob Gunvalson, Cheri and John Gunvalson, as guardians for Jacob Gunvalson, and Cheri and John Gunvalson, individually (collectively, "Plaintiffs") shall appear before the Honorable William J. Martini, U.S.D.J., **King Federal Building & U.S. Courthouse**, 50 Walnut Street, Newark, New Jersey 07101, and shall move this Court for entry of a Preliminary Injunction enjoining defendant PTC Therapeutics, Inc. from refusing to permit Jacob Gunvalson access to PTC124 and enjoining defendant PTC Therapeutics, Inc. from refusing to permit Jacob Gunvalson entry into the PTC124 Phase IIa trial extension being administered by Dr. Brenda Wong at Cincinnati Children's Hospital as a protocol exception; or alternatively, enjoining defendant PTC Therapeutics, Inc. from refusing to permit Jacob Gunvalson to participate in a single patient IND pursuant to 21 C.F.R. §312.34.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, Plaintiffs shall rely upon their Brief, the Declarations of Cheri Gunvalson, Mike Hatch, Dr. John Parkin and Jakob B. Halpern, submitted concurrently herewith, the Verified Complaint, and any Reply papers submitted, and oral argument, if any, which is

specifically requested by Plaintiffs.  A proposed form of Order is also submitted for the Court's consideration.

        Respectfully submitted,

        **SAIBER LLC**
        Attorneys for Plaintiffs

        _/s/ Marc. E. Wolin_____
        Marc E. Wolin (mew@saiber.com)
        Jakob B. Halpern (jbh@saiber.com)
        One Gateway Center, 13th Floor
        Newark, NJ  07102
        Tel:  (973) 622-3333

        Michael A. Hatch
        (MHatch@blackwellburke.com)
        **BLACKWELL BURKE P.A.**
        431 South Seventh Street, Suite 2500
        Minneapolis, MN  55402
        Tel:  (612) 343-3289

Dated: July 28, 2008