Marc E. Wolin (mew@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
**SAIBER LLC**
One Gateway Center
Newark, N.J. 07102
Telephone: (973) 622-3333
Facsimile: (973) 622-3349

Michael A. Hatch (MHatch@blackwellburke.com)
**BLACKWELL BURKE P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN 55402
Telephone: (612) 343-3289
Facsimile: (612) 343-3205

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACOB GUNVALSON, CHERI AND JOHN GUNVALSON, AS GUARDIANS FOR JACOB GUNVALSON, AND CHERI AND JOHN GUNVALSON, INDIVIDUALLY,<br><br>    Plaintiffs,<br><br>v.<br><br>PTC THERAPEUTICS, INC.,<br><br>    Defendant. | Civil Action No. 08-3559 (WJM) (MF)<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR PRO HAC VICE <u>ADMISSION OF CO-COUNSEL</u>**<br><br>*DOCUMENT FILED ELECTRONICALLY*<br><br>**RETURN DATE: Date to be Set by the Court** |

**TO:** PTC Therapeutics, Inc.
100 Corporate Court
South Plainfield, N.J. 07080

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, plaintiffs Jacob Gunvalson, Cheri and John Gunvalson, as guardians for Jacob Gunvalson, and Cheri and John Gunvalson, individually (collectively, "Plaintiffs") shall appear before the Honorable William J. Martini, U.S.D.J., **King Federal Building & U.S. Courthouse**, 50 Walnut Street, Newark, New Jersey 07101, and shall move this Court for entry of an Order pursuant to Local Civil Rule 101.1(c) admitting Michael A. Hatch, Esq., member in good standing of the bar of the state of Minnesota, as counsel *pro hac vice* in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, Plaintiffs shall rely upon the Application and Certification of Marc E. Wolin, Esq., and the Declaration of Michael A. Hatch, Esq. A proposed form of Order is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs hereby request that their application be considered for a ruling on the papers only, unless opposition is timely

filed. Plaintiffs request oral argument on the return date of the within motion if opposition to said motion is filed.

                                    Respectfully submitted,

                                    **SAIBER LLC**
                                    Attorneys for Plaintiffs

                                    _/s/ Marc. E. Wolin_____
                                    Marc E. Wolin (mew@saiber.com)
                                    Jakob B. Halpern (jbh@saiber.com)
                                    One Gateway Center, 13th Floor
                                    Newark, NJ 07102
                                    Tel: (973) 622-3333

                                    Michael A. Hatch
                                    (MHatch@blackwellburke.com)
                                    **BLACKWELL BURKE P.A.**
                                    431 South Seventh Street, Suite 2500
                                    Minneapolis, MN 55402
                                    Tel: (612) 343-3289

Dated: July 28, 2008

**STATEMENT IN LIEU OF BRIEF PURSUANT TO L.CIV.R. 7.1(c)(1)**

Pursuant to Local Civil Rule 7.1(c)(1), Plaintiffs submit this Statement in lieu of the submission of a formal brief in support of their application for the admission *pro hac vice* of co-counsel. Inasmuch as the admission of counsel *pro hac vice* under the terms of Local Civil Rule 101.1(c) is a matter within the sound discretion of the Court, and until any opposition to the within motion is filed with the Court by defendant herein, it is respectfully submitted that no brief in support of the within motion is necessary at this time.

        **SAIBER LLC**
        Attorneys for Plaintiffs

        _/s/ Marc. E. Wolin_____
        Marc E. Wolin (mew@saiber.com)
        Jakob B. Halpern (jbh@saiber.com)
        One Gateway Center, 13th Floor
        Newark, NJ 07102
        Tel: (973) 622-3333

        Michael A. Hatch
        (MHatch@blackwellburke.com)
        **BLACKWELL BURKE P.A.**
        431 South Seventh Street, Suite 2500
        Minneapolis, MN 55402
        Tel: (612) 343-3289

Dated: July 28, 2008