**PORZIO, BROMBERG & NEWMAN, P.C.**
Kenneth R. Meyer (krmeyer@pbnlaw.com)
Brian P. Sharkey (bpsharkey@pbnlaw.com)
100 Southgate Parkway
Morristown, New Jersey 07962
(973) 538-4006

**SIDLEY AUSTIN LLP**
John G. Hutchinson, Esq. (jhutchinson@sidley.com)
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACOB GUNVALSON, CHERI AND JOHN GUNVALSON, AS GUARDIANS FOR JACOB GUNVALSON, AND CHERI AND JOHN GUNVALSON, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>PTC THERAPEUTICS, INC.,<br><br>Defendants. | Civil Action No.: 2:08-cv-03559 (WJM-MF)<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT PTC THERAPEUTICS, INC.** |

KENNETH R. MEYER and BRIAN P. SHARKEY, attorneys with the law firm of Porzio, Bromberg, and Newman, P.C., 100 Southgate Parkway, Morristown, New Jersey, 07962, and JOHN G. HUTCHINSON of Sidley Austin LLP hereby serve Notice of their appearance as counsel of record on behalf of Defendant PTC Therapeutics, Inc., in the above-captioned matter and hereby request that any and all notices,

1221854

correspondence, and other documents filed in this matter be directed to them as counsel for Defendant PTC Therapeutics, Inc.

>Respectfully submitted,
>
>  /s/ Kenneth R. Meyer
>Kenneth R. Meyer, Esq.
>(krmeyer@pbnlaw.com)
>Brian P. Sharkey, Esq.
>(bpsharkey@pbnlaw.com)
>Porzio, Bromberg & Newman, P.C.
>100 Southgate Parkway
>Morristown, New Jersey 07962
>(973) 538-4006
>
>John G. Hutchinson, Esq.
>(jhutchinson@sidley.com)
>Sidley Austin LLP
>787 Seventh Avenue
>New York, New York 10019
>(212) 839-5300
>**Attorney for Defendant**
>**PTC Therapeutics, Inc.**