**PORZIO, BROMBERG & NEWMAN, P.C.**
Kenneth R. Meyer (krmeyer@pbnlaw.com)
Brian P. Sharkey (bpsharkey@pbnlaw.com)
100 Southgate Parkway
Morristown, New Jersey 07962
(973) 538-4006

**SIDLEY AUSTIN LLP**
John G. Hutchinson, Esq. (jhutchinson@sidley.com)
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACOB GUNVALSON, CHERI AND JOHN GUNVALSON, AS GUARDIANS FOR JACOB GUNVALSON, AND CHERI AND JOHN GUNVALSON, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>PTC THERAPEUTICS, INC.,<br><br>Defendants. | Civil Action No.: 2:08-cv-03559 (WJM-MF)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF JOHN J. LAVELLE, ESQ.** |

This matter having been brought before this Court by Kenneth R. Meyer, Esq. of the firm of Porzio, Bromberg & Newman, P.C., attorneys for Defendant PTC Therapeutics, Inc., for an Order permitting John J. Lavelle, Esq. of Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019 to appear and participate *pro hac vice* in the above-captioned matter, and the Court having considered the submitted papers, and plaintiffs having consented to the admission of Mr. Lavelle, and for good cause having been shown pursuant to *L. Civ. R.* 101.1(c),

IT IS on this ___5___ day of ___Aug___, 2008,

1224113

**ORDERED** that John J. Lavelle, Esq., a member in good-standing of the Bar of the State of New York and the State of Illinois, is permitted to appear *pro hac vice* in the above-captioned matter on behalf of Defendant pursuant to *L. Civ. R.* 101.1(c) of the United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with the Court shall continue to be signed by a member or associate of the firm of Porzio, Bromberg & Newman, P.C., attorneys of record for Defendant, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order;

**ORDERED** that John J. Lavelle, Esq. shall notify this Court immediately of any matter affecting his standing at the bar of any other court;

**ORDERED** that John J. Lavelle, Esq. shall abide by Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of *L. Civ. R.* 103.1, Judicial Ethics and Professional Responsibility, and *L. Civ. R.* 104.1, Discipline of Attorneys;

**ORDERED** that John J. Lavelle, Esq. shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey in payment of the fee for admission *pro hac vice*;

**ORDERED** that John J. Lavelle, Esq. shall make payment to the New Jersey Lawyers' Fund for Client Protection as required by *L. Civ. R.* 101.1(c)(2) and Rule 1:28-2(a) of the New Jersey Rules of Court; and

1224113

**IT IS FURTHER ORDERED** that John J. Lavelle, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

_____
HON. MARK FALK, U.S.M.J.

1224113