GUNVALSON et al v. PTC THERAPEUTICS, INC.                                                                Doc. 13

Marc E. Wolin (mew@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
**SAIBER LLC**
One Gateway Center
Newark, N.J. 07102
Telephone: (973) 622-3333
Facsimile: (973) 622-3349

Michael A. Hatch (MHatch@blackwellburke.com)
**BLACKWELL BURKE P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN 55402
Telephone: (612) 343-3289
Facsimile: (612) 343-3205

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACOB GUNVALSON, CHERI AND JOHN GUNVALSON, AS GUARDIANS FOR JACOB GUNVALSON, AND CHERI AND JOHN GUNVALSON, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>PTC THERAPEUTICS, INC.,<br><br>Defendant. | Civil Action No. 08-3559 (WJM) (MF)<br><br><br><br>*Document Filed Electronically* |

### REQUEST BY LOCAL COUNSEL FOR
### PRO HAC VICE ATTORNEY
### TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered [see Docket #8 – 8/1/08]; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court [paid 8/7/08, receipt number 200353098].

                            **SAIBER LLC**
                            Attorneys for Plaintiffs

                            */s/ Jakob B. Halpern*
                            Jakob B. Halpern
                            One Gateway Center, 13th Floor
                            Newark, New Jersey 07102-5311
                            (973) 622-3333

**PRO HAC VICE ATTORNEY INFORMATION:**

Name: Michael A. Hatch

Address: Blackwell Burke P.A.

            431 South Seventh Street, Suite 2500

            Minneapolis, MN 55402

E-Mail: MHatch@blackwellburke.com