**PORZIO, BROMBERG & NEWMAN, P.C.**
Kenneth R. Meyer (krmeyer@pbnlaw.com)
Brian P. Sharkey (bpsharkey@pbnlaw.com)
100 Southgate Parkway
Morristown, New Jersey 07962
(973) 538-4006

**SIDLEY AUSTIN LLP**
John G. Hutchinson, Esq. (jhutchinson@sidley.com)
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendant,
PTC Therapeutics, Inc.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACOB GUNVALSON, CHERI AND JOHN GUNVALSON, AS GUARDIANS FOR JACOB GUNVALSON, AND CHERI AND JOHN GUNVALSON, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>PTC THERAPEUTICS, INC.,<br><br>Defendants. | Civil Action No.: 2:08-cv-03559 (WJM-MF)<br><br>**APPLICATION OF DEFENDANT PTC THERAPEUTICS, INC., FOR EXTENSION OF TIME PURSUANT TO LOCAL CIVIL RULE 6.1** |

Pursuant to Local Civil Rule 6.1 of the United States District Court for the District of New Jersey, the undersigned counsel for defendant PTC Therapeutics, Inc. ("PTC") hereby makes application on behalf of PTC for a Clerk's Order extending the time within which PTC may answer, move or otherwise reply to the Complaint filed by plaintiffs for a period of fifteen (15) days from August 12, 2008, to August 27, 2008. The undersigned further represents the following:

1225002

1. <u>Service of Process was effected on</u>: PTC was served with the Complaint on July 23, 2008.

2. <u>Time to Answer, Move or otherwise Reply expires on</u>: A response to the Complaint would otherwise be due on or before August 12, 2008.

3. No previous extension of time has been sought or obtained.

4. This application is being filed before the expiration of PTC's time to answer, move, or otherwise reply to plaintiffs' Complaint.

Respectfully submitted,

/s/ Kenneth R. Meyer (7523)
Kenneth R. Meyer, Esq.
(krmeyer@pbnlaw.com)
Brian P. Sharkey, Esq.
(bpsharkey@pbnlaw.com)
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
Morristown, New Jersey 07962
(973) 538-4006

John G. Hutchinson, Esq.
(jhutchinson@sidley.com)
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300
**Attorney for Defendant
PTC Therapeutics, Inc.**