# PORZIO
BROMBERG&NEWMAN P.C.

ATTORNEYS AT LAW

TELEPHONE (973) 538-4006 • FAX (973) 538-5146

KENNETH R. MEYER
MEMBER, NJ, NY AND TX BARS
CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
DIRECT DIAL NO.: 973-889-4321
E-MAIL ADDRESS: KRMEYER@PBNLAW.COM

August 8, 2008

**VIA ELECTRONIC FILING**

Honorable William J. Martini
United States District Judge
M.L. King Jr. Federal Building & Courthouse
Room 4076
50 Walnut Street
Newark, NJ 07102

    Re: *Gunvalson v. PTC Therapeutics, Inc.*
         Case No.    2:08-cv-03559-WJM-MF

Dear Judge Martini:

    Please allow this letter to confirm my conversation with Your Chambers this morning. By the consent of the parties and with the Court's permission, the time for defendant PTC Therapeutics, Inc. ("PTC") to file its opposition brief to plaintiffs' motion for preliminary injunction and the time for plaintiffs to file their reply are each extended by one day. PTC's opposition is now due on August 12, 2008, and plaintiffs' reply is now due on August 15, 2008. The motion hearing remains scheduled for August 19, 2008.

    Thank you for your consideration of this matter.

                              Respectfully submitted,

                              <u>s/Kenneth R. Meyer (7523)</u>

KRM:kmh
cc:   John G. Hutchinson, Esq. (Via Electronic Mail)
       Marc E. Wolin, Esq. (Via Electronic Filing)
       Michael A. Hatch, Esq. (Via Electronic Filing)

100 SOUTHGATE PARKWAY, P.O. BOX 1997
MORRISTOWN, NJ 07962-1997
NEW YORK CITY OFFICE: 212-265-6888
BRICK NJ OFFICE: 732-262-9248
www.pbnlaw.com

1225004