# PORZIO
**BROMBERG & NEWMAN P.C.**

ATTORNEYS AT LAW

TELEPHONE (973) 538-4006 • FAX (973) 538-5146

Kenneth R. Meyer
Member, NJ, NY and TX Bars
Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney
Direct Dial No.: 973-889-4321
E-mail Address: KRMEYER@PBNLAW.COM

August 13, 2008

**VIA E-filing**

Honorable William J. Martini
United States District Judge
M.L. King Jr. Federal Building & Courthouse
Room 4076
50 Walnut Street
Newark, NJ 07102

    Re:   *Gunvalson v. PTC Therapeutics, Inc.*
          Case No.         2:08-cv-03559-WJM-MF
          Our File No.     11773.74768

Dear Judge Martini:

    We represent PTC Therapeutics, Inc. in this matter. This will confirm a discussion that Marc Wolin, plaintiffs' counsel, and I had with your law clerk this afternoon. The parties stipulate that the Court can decide the preliminary injunction motion based upon the legal arguments, affidavits and declarations that are submitted. It was agreed that the parties will neither call witnesses, nor seek to admit evidence beyond what has been filed with the motion papers, at the time of the hearing. However, oral argument is requested. We have reserved our right to reconsider this agreement in the event that something unexpected is contained in plaintiffs' reply papers. If that event occurs then plaintiffs have also reserved their right to reconsider this agreement.

                                          Respectfully yours,

                                          Kenneth R. Meyer

KRM:kmh
cc:   Marc E. Wolin, Esq.
      Michael A. Hatch, Esq.
      John G. Hutchinson, Esq.

100 SOUTHGATE PARKWAY, P.O. BOX 1997
MORRISTOWN, NJ 07962-1997
NEW YORK CITY OFFICE: 212-265-6888
BRICK NJ OFFICE: 732-262-9248
www.pbnlaw.com

1226104