GUNVALSON et al v. PTC o...

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

Newark                                          Date: 8/19/08

**JUDGE WILLIAM J. MARTINI**

Deputy Clerk: Gail Hansen

Court Reporter: Walter Perelli

Other:                                          Docket No. Cv. 08-3559

TITLE OF CASE:

Jacob Gunvalson, et al
v.
PTC Therapeutics, Inc.

Appearances:
Marc Wolin, Jakob Halpren, Michael Hatch & Mark Anderson,
Attorneys for plaintiffs
Kenneth Meyers & John Hutchinson, Attorneys for defendants

NATURE OF PROCEEDINGS:

Hrg on Plaintiff's application for a preliminary injunction; hrg
continued until Wednesday, August 20, 2008 at 9:30 a.m.


Time Commenced: 10:10 a.m.
Time Adjourned: 11:10 a.m.

                                    Gail A. Hansen, Deputy Clerk

Doc