```
                      UNITED STATES DISTRICT COURT
                         DISTRICT OF NEW JERSEY

                          MINUTES OF PROCEEDINGS
```

Newark                                          Date: 8/20/08

**JUDGE WILLIAM J. MARTINI**

Deputy Clerk: Gail Hansen

Court Reporter: Walter Perelli

Other:                                          Docket No. Cv. 08-3559

TITLE OF CASE:

Jacob Gunvalson, et al
v.
PTC Therapeutics, Inc.

Appearances:
Marc Wolin, Jakob Halpren, Michael Hatch & Mark Anderson,
Attorneys for plaintiffs
Kenneth Meyers & John Hutchinson, Attorneys for defendants

NATURE OF PROCEEDINGS:

Continued hrg on Plaintiff's application for a preliminary
injunction; Ordered injunction granted; Letter Opinion to
supplement the record.

Hrg on Defendant's oral application for a stay pending appeal.
Ordered application denied.

Letter Opinion and Order to be submitted for filing


Time Commenced: 9:30 a.m.
Time Adjourned: 10:15 a.m.


                                      Gail A. Hansen, Deputy Clerk