

**Saiber**
ATTORNEYS AT LAW

Saiber LLC
One Gateway Center • 13th Floor
Newark, New Jersey • 07102-5311

Tel 973.622.3333 • Fax 973.622.3349

www.saiber.com

New York | Atlantic City | Point Pleasant Beach

Direct Dial Number:
(973) 622-8401

E-Mail:
mew@saiber.com

WILLIAM F. MADERER + ○
DAVID J. D'ALOIA
JEFFREY W. LORELL ○
DAVID R. GROSS ○
SEAN R. KELLY • ○
ARNOLD B. CALMANN ○
JOAN M. SCHWAB
JENNINE DiSOMMA ○
JAMES H. FORTE
VINCENT F. PAPALIA
RANDI SCHILLINGER ○ ◊
MICHAEL J. GERAGHTY ○
NINO A. COVIELLO ○
AGNES I. RYMER ○
JAMES H. GIANNINOTO □
NANCY A. WASHINGTON
MARC C. SINGER ○ ○
SETH E. ZUCKERMAN
MARC E. WOLIN ○
DAVID A. COHEN
JEFFREY SOOS
DANALYNN T. COLAO ○

SAMUEL S. SAIBER
1929-2002
GEOFFREY GAULKIN
ALFRED M. WOLIN
SPECIAL COUNSEL
DAVID M. SATZ, JR.
MORTON GOLDFEIN ○
EDWIN H. NORDLINGER *
DAVID J. SATZ
HEIDI WEGRYN GROSS
OF COUNSEL
GUY S. MICHAEL ●
ROBERT J. CARROLL
ROBERT B. NUSSBAUM
DEREK TIMMS ○
COUNSEL

○ MEMBER OF NJ & NY BARS
◊ MEMBER OF NJ & PA BARS
□ MEMBER OF NJ, NY & CT BARS
* MEMBER OF NY BAR ONLY
+ CERTIFIED BY THE SUPREME
  COURT OF NEW JERSEY AS A CIVIL
  AND CRIMINAL TRIAL ATTORNEY
• CERTIFIED BY THE SUPREME
  COURT OF NEW JERSEY AS A CIVIL
  TRIAL ATTORNEY

MELISSA A. PROVOST
CHRISTINA L. FICHERA ○
JENNIFER R. O'CONNOR
COLIN R. ROBINSON ○
MARK A. RONEY
CARA L. MIGLIACCIO
JACK CHAN ○
DANIELE N. HANKIN ○
JEFFREY J. PASEK
JOHN H. NOORLANDER ○
ANDREW D. LA FIURA ○
LAUREN M. LIMAURO
RINA GRASSOTTI ○
UNA YOUNG KANG ○
KATHERINE A. ESCANLAR ○
JAKOB B. HALPERN
MICHAEL J. GROHS ○
SANJAY MANOCHA ○
MATTHEW A. CATANIA ○
ANTONIO A. GONZALEZ ○
AMY K. SMITH ○
JANE JHUN ○
GERI L. ALBIN

August 21, 2008

**VIA ECF & HAND DELIVERY**

Honorable William J. Martini, U.S.D.J.
United States District Court
King Federal Bldg. & U.S. Courthouse
50 Walnut Street, P.O. Box 419
Newark, New Jersey 07101-0419

   Re: **Jacob Gunvalson, et al. v. PTC Therapeutics, Inc.
     Civil Action No. 08-3559 (WJM) (MF)**

Dear Judge Martini:

As Your Honor directed, the parties have been endeavoring to draft a proposed form of Order consistent with Your Honor's ruling yesterday. The parties have agreed on the form of Order, which they believe is consistent with Your Honor's ruling.

If the attached form of Order is acceptable to Your Honor, please execute and arrange to have it electronically filed with the Clerk.

              Respectfully submitted,

              MARC E. WOLIN

MEW/sr
Enclosures
c: Kenneth Meyer, Esq. [via E-mail - w/encl.]
  John Hutchinson, Esq. [via E-mail - w/encl.]
  Michael Hatch, Esq. [via E-mail - w/encl.]
  John Lavelle, Esq. [via E-mail - w/encl.]

{00537387.DOC}