```
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JACOB GUNVALSON, CHERI and JOHN          :    **Stay of Injunction and**
GUNVALSON as Guardians for Jacob Gunvalson, :  **Expedited Appeal**
and CHERI and JOHN GUNVALSON,            :    **To Be Requested**
Individually,                            :
                                         :
                      Plaintiffs,        :    Index No. 08-cv-3559 (WJM) (MF)
                                         :
        - against -                      :
                                         :    **NOTICE OF APPEAL**
PTC THERAPEUTICS, INC.,                  :
                                         :
                      Defendant.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

PLEASE TAKE NOTICE that defendant PTC Therapeutics, Inc. hereby appeals to the United States Court of Appeals for the Third Circuit from the Letter Opinion and Order and oral rulings granting plaintiffs' motion for a mandatory preliminary injunction entered in this action by the above-named Court on the 20th and 21st day of August, 2008.

Dated: August 22, 2008

        PORZIO, BROMBERG & NEWMAN, P.C.

        s/Kenneth R. Meyer  (7523)
        Kenneth R. Meyer
        100 Southgate Parkway
        P.O. Box 1997
        Morristown, New Jersey 07962-1997
        Tel:  (973) 889-4321

        SIDLEY AUSTIN LLP
        John G. Hutchinson
        John J. Lavelle
        787 Seventh Avenue
        New York, New York 10019
        Tel:  (212) 839-5300

        Attorneys for Defendant PTC Therapeutics, Inc.

1228057

TO: Mark E. Wolin (mew@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
SAIBER LLC
One Gateway Center, 13th Floor
Newark, New Jersey 07102
Tel: (973) 622-3333

Michael A. Hatch (MHathch@blackwellburke.com)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, Minnesota 55402
Tel: (612) 343-3289

Attorneys for Plaintiffs

1228057

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August 2008, I served true and correct copies of the foregoing Notice of Appeal via electronic filing and Federal Express overnight courier upon the following attorneys and at the addresses indicated below:

> Mark E. Wolin (mew@saiber.com)
> Jakob B. Halpern (jbh@saiber.com)
> SAIBER LLC
> One Gateway Center, 13th Floor
> Newark, New Jersey 07102
> Tel: (973) 622-3333
>
> Michael A. Hatch (MHathch@blackwellburke.com)
> BLACKWELL BURKE P.A.
> 431 South Seventh Street, Suite 2500
> Minneapolis, Minnesota 55402
> Tel: (612) 343-3289

> s/Kenneth R. Meyer  (7523)
> Kenneth R. Meyer

1228057