GOLDSTEIN ISAACSON, PC
100 Morris Avenue, 3rd floor
Springfield, New Jersey 07081
Telephone No. (973) 258-0500
Paul Pflumm, Esq. (PP-8230)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____
                                            :
SAM A. CONSTANZI,                           :
                                            :
                                            :
                Plaintiff,                  :    Civil Action No. 08-cv-00029
v.                                          :
                                            :
GREAT LAKES DREDGE AND DOCK                 :
COMPANY LLC & RALPH CLAYTON &               :
SONS MATERIALS, LP,                         :
                                            :
                Defendants.                 :
_____:

## CERTIFICATION OF FILING AND PROOF OF SERVICE

ANDREW J. GOLDSTEIN, of full age, hereby certifies as follows:

On February 19, 2008, I caused the following papers to be filed and served, as follows:

| | |
|---|---|
| DOCUMENTS: | Notice of Motion for an Order Admitting David C. Whitmore, Esq., Pro Hac Vice As Counsel for Plaintiff Sam A. Constanzi; |
| | Certification of David C. Whitmore in Support of Motion for Admission Pro Hac Vice; |
| | Proposed form of Order for Admission Pro Hac Vice. |
| FILED WITH:<br>(Method of Filing) | William T. Walsh, Clerk<br>United States District Court<br>District of New Jersey<br>50 Walnut Street |

Newark, New Jersey 07102
(Electronic)

COPIES SERVED UPON:
(Method of Service)

Simon Harter
20 Nassau Street
Suite 211
Princeton, New Jersey 08542
(Via Electronic & First Class Mail)

David C. Whitmore, Esq.
Scheuermann & Jones
909 Poydras Street
Suite 2556
New Orleans, Louisiana 70112
(Via First Class Mail)


I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.


Dated: February 19, 2008          /s/ Paul Pflumm
                                      Paul Pflumm, Esq.