**PORZIO, BROMBERG & NEWMAN, P.C.**
Kenneth R. Meyer, Esq. (krmeyer@pbnlaw.com)
Brian P. Sharkey, Esq. (bpsharkey@pbnlaw.com)
100 Southgate Parkway
Morristown, New Jersey 07962
(973) 538-4006

**SIDLEY AUSTIN LLP**
John G. Hutchinson, Esq. (jhutchinson@sidley.com)
John J. Lavelle, Esq. (jlavelle@sidley.com)
Elizabeth M. Zito, Esq. (ezito@sidley.com)
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACOB GUNVALSON, CHERI AND JOHN GUNVALSON, AS GUARDIANS FOR JACOB GUNVALSON, AND CHERI AND JOHN GUNVALSON, INDIVIDUALLY, <br><br> Plaintiffs, <br><br> v. <br><br> PTC THERAPEUTICS, INC., <br><br> Defendant. | Civil Action No. 08-3559 (WJM) (MF) <br><br> **CONSENT ORDER STAYING THE TIME FOR PTC THERAPEUTICS TO ANSWER, MOVE OR OTHERWISE REPLY TO PLAINTIFFS' COMPLAINT PENDING RESOLUTION OF APPELLATE PROCEEDINGS** |

THIS MATTER having been brought before this Court by Kenneth R. Meyer, Esq., of

the firm of Porzio, Bromberg & Newman, P.C., attorneys for Defendant PTC Therapeutics, Inc.

("PTC"), and the plaintiffs having consented hereto, for an Order staying the time within which

PTC may answer, move or otherwise reply to plaintiffs' Complaint in this matter pending the

Third Circuit Court of Appeals' disposition of PTC's appeal of the Letter Opinion and Order

granting plaintiffs' motion for a preliminary injunction entered in this action by the above-named

Court on the 21st day of August, 2008,

IT IS on this _____28_____ day of August, 2008,

**ORDERED** that the time within which PTC may answer, move or otherwise reply to plaintiffs' Complaint in this matter is hereby stayed pending the Third Circuit Court of Appeals' disposition of PTC's appeal from the Letter Opinion and Order granting plaintiffs' motion for a preliminary injunction entered in this action by the above-named Court on the 21st day of August, 2008; and it is further

**ORDERED** that any discovery between the parties is hereby stayed until further Order of this Court; and it is further

**ORDERED** that nothing herein shall stay the Order entered in this action by the above-named Court on the 21st day of August, 2008, granting plaintiffs' motion for a preliminary injunction or any obligations of plaintiffs or PTC thereunder; and it is further

**ORDERED** that nothing herein shall stay the District Court's ability to enforce the Order granting plaintiffs' motion for a preliminary injunction entered in this action by the above-named Court on the 21st day of August, 2008.

**HONORABLE MARK FALK**
**UNITED STATES MAGISTRATE JUDGE**

The undersigned hereby consent to the form and entry of this Order.

Kenneth R. Meyer, Esq.
Brian P. Sharkey, Esq.
PORZIO, BROMBERG & NEWMAN, P.C.
100 Southgate Parkway
Morristown, New Jersey 07962
(973) 538-4006

Marc E. Wolin, Esq.
Jakob B. Halpern, Esq.
SAIBER LLC
One Gateway Center, 13th Floor
Newark, New Jersey 07102
(973) 622-3333

2