# PORZIO
**BROMBERG&NEWMAN P.C.**

ATTORNEYS AT LAW

TELEPHONE (973) 538-4006 • FAX (973) 538-5146

KENNETH R. MEYER
MEMBER, NJ, NY AND TX BARS
CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
DIRECT DIAL NO.: 973-889-4321
E-MAIL ADDRESS: KRMEYER@PBNLAW.COM

December 22, 2008

**VIA FACSIMILE and ELECTRONIC MAIL**

Magistrate Judge Mark Falk
Frank R. Lautenberg U.S.P.O. & Courthouse
Room 457
1 Federal Square
Newark, NJ 07102

   Re: *Gunvalson v. PTC Therapeutics, Inc.*
     Case No.  2:08-cv-03559-WJM-MF
     App. Case No. 08-3575

Dear Judge Falk:

  My firm, along with Sidley Austin LLP, represents defendant PTC Therapeutics, Inc. ("PTC") in the above-referenced matter. Pursuant to our conversation with your chambers, I am submitting a proposed consent order setting the time for PTC to answer, move, or otherwise respond to plaintiffs' complaint following the resolution of appellate proceedings. This is also being electronically filed. Plaintiffs' have consented to the proposed order and provided us with authority to affix counsel's electronic signature. I respectfully request that you please enter this consent order.

  Thank you for your consideration of this matter.

                   Respectfully submitted,

                   s/Kenneth R. Meyer (7523)

KRM:ks
Enc.
cc: John G. Hutchinson, Esq. (Via Electronic Mail)
   Marc E. Wolin, Esq. (Via Electronic Mail)
   Michael A. Hatch, Esq. (Via Electronic Mail)

100 SOUTHGATE PARKWAY, P.O. BOX 1997
MORRISTOWN, NJ 07962-1997
NEW YORK CITY OFFICE: 212-265-6888
BRICK NJ OFFICE: 732-262-9248
www.pbnlaw.com

1254004

**PORZIO, BROMBERG & NEWMAN, P.C.**
Kenneth R. Meyer (krmeyer@pbnlaw.com)
Brian P. Sharkey (bpsharkey@pbnlaw.com)
100 Southgate Parkway
Morristown, New Jersey 07962
(973) 538-4006

**SIDLEY AUSTIN LLP**
John G. Hutchinson, Esq. (jhutchinson@sidley.com)
John Lavelle, Esq. (jlavelle@sidley.com)
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACOB GUNVALSON, CHERI AND JOHN GUNVALSON, AS GUARDIANS FOR JACOB GUNVALSON, AND CHERI AND JOHN GUNVALSON, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>PTC THERAPEUTICS, INC.,<br><br>Defendants. | Civil Action No. 08-03559 (WJM) (MF)<br><br>**CONSENT ORDER SETTING THE TIME FOR PTC THERAPEUTICS, INC. TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT FOLLOWING THE RESOLUTION OF APPELLATE PROCEEDINGS** |

**THIS MATTER** having been brought before this Court by Kenneth R. Meyer, Esq. of the firm of Porzio, Bromberg & Newman, P.C., attorneys for Defendant PTC Therapeutics, Inc. ("PTC"), and the plaintiffs having consented hereto, for an Order setting the time for PTC to answer, move, or otherwise respond with respect to the Complaint filed in the above-captioned matter in the United States District Court for the District of New Jersey, following the Opinion and Judgment entered by the Third Circuit Court of Appeals on December 16, 2008 (the

1254020

"Opinion and Judgment"), vacating the preliminary injunction entered in this action by the above-named Court on the 21st day of August, 2008 (the "Preliminary Injunction"),

IT IS on this          day of December 2008,

ORDERED that, in the event that plaintiffs elect not to file a petition for rehearing of the Third Circuit's Opinion and Judgment vacating the Preliminary Injunction, PTC shall answer, move, or otherwise respond with respect to plaintiffs' Complaint in this matter within twenty (20) days after the expiration of the time to file a petition for rehearing; it is further

ORDERED that, in the event that plaintiffs do file a petition for rehearing of Third Circuit's Opinion and Judgment vacating the Preliminary Injunction entered in this action by this Court on August, 21 2008, PTC shall answer, move or otherwise respond to plaintiffs' Complaint in this matter within twenty (20) days after the final resolution of the petition for rehearing; and it is further

ORDERED that any discovery between the parties is hereby stayed until further Order of this Court.

HONORABLE MARK FALK<br>
UNITED STATES MAGISTRATE JUDGE

The undersigned hereby consent to the form and entry of this Order.

| | |
|---|---|
| s/Kenneth R. Meyer (7523) | Marc E. Wolin |
| Kenneth R. Meyer, Esq. | Marc E. Wolin, Esq. |
| Brian P. Sharkey, Esq. | Jakob B. Halpern, Esq. |
| **PORZIO, BROMBERG & NEWMAN, P.C.** | **SAIBER LLC** |
| 100 Southgate Parkway | One Gateway Center, 13th Floor |
| Morristown, New Jersey 07962 | Newark, New Jersey 07102 |
| (973) 538-4006 | (973) 622-3333 |
| | |
| John G. Hutchinson, Esq. | Michael A. Hatch, Esq. |

John J. Lavelle, Esq.
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
*Attorneys for Defendant,
PTC Therapeutics, Inc.*

**BLACKWELL BURKE P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, Minnesota 55415
*Attorneys for Plaintiffs, Jacob, Cheri
and John Gunvalson*