**PORZIO, BROMBERG & NEWMAN, P.C.**
Kenneth R. Meyer (krmeyer@pbnlaw.com)
Brian P. Sharkey (bpsharkey@pbnlaw.com)
100 Southgate Parkway
Morristown, New Jersey 07962
(973) 538-4006

**SIDLEY AUSTIN LLP**
John G. Hutchinson, Esq. (jhutchinson@sidley.com)
John Lavelle, Esq. (jlavelle@sidley.com)
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACOB GUNVALSON, CHERI AND JOHN GUNVALSON, AS GUARDIANS FOR JACOB GUNVALSON, AND CHERI AND JOHN GUNVALSON, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>PTC THERAPEUTICS, INC.,<br><br>Defendants. | Civil Action No. 08-03559 (WJM) (MF)<br><br>**CONSENT ORDER SETTING THE TIME FOR PTC THERAPEUTICS, INC. TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT FOLLOWING THE RESOLUTION OF APPELLATE PROCEEDINGS** |

**THIS MATTER** having been brought before this Court by Kenneth R. Meyer, Esq. of the firm of Porzio, Bromberg & Newman, P.C., attorneys for Defendant PTC Therapeutics, Inc. ("PTC"), and the plaintiffs having consented hereto, for an Order setting the time for PTC to answer, move, or otherwise respond with respect to the Complaint filed in the above-captioned matter in the United States District Court for the District of New Jersey, following the Opinion and Judgment entered by the Third Circuit Court of Appeals on December 16, 2008 (the

1254020

"Opinion and Judgment"), vacating the preliminary injunction entered in this action by the above-named Court on the 21st day of August, 2008 (the "Preliminary Injunction"),

IT IS on this 21 day of December 2008,

**ORDERED** that, in the event that plaintiffs elect not to file a petition for rehearing of the Third Circuit's Opinion and Judgment vacating the Preliminary Injunction, PTC shall answer, move, or otherwise respond with respect to plaintiffs' Complaint in this matter within twenty (20) days after the expiration of the time to file a petition for rehearing; it is further

**ORDERED** that, in the event that plaintiffs do file a petition for rehearing of Third Circuit's Opinion and Judgment vacating the Preliminary Injunction entered in this action by this Court on August, 21 2008, PTC shall answer, move or otherwise respond to plaintiffs' Complaint in this matter within twenty (20) days after the final resolution of the petition for rehearing; and it is further

**ORDERED** that any discovery between the parties is hereby stayed until further Order of this Court.

HONORABLE MARK FALK
UNITED STATES MAGISTRATE JUDGE

The undersigned hereby consent to the form and entry of this Order.

| | |
|---|---|
| s/Kenneth R. Meyer (7523) | Marc E. Wolin |
| Kenneth R. Meyer, Esq. | Marc E. Wolin, Esq. |
| Brian P. Sharkey, Esq. | Jakob B. Halpern, Esq. |
| **PORZIO, BROMBERG & NEWMAN, P.C.** | **SAIBER LLC** |
| 100 Southgate Parkway | One Gateway Center, 13th Floor |
| Morristown, New Jersey 07962 | Newark, New Jersey 07102 |
| (973) 538-4006 | (973) 622-3333 |
| | |
| John G. Hutchinson, Esq. | Michael A. Hatch, Esq. |

John J. Lavelle, Esq.
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
*Attorneys for Defendant,
PTC Therapeutics, Inc.*

**BLACKWELL BURKE P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, Minnesota 55415
*Attorneys for Plaintiffs, Jacob, Cheri
and John Gunvalson*