Marc E. Wolin (mew@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
**SAIBER LLC**
One Gateway Center
Newark, N.J. 07102
Telephone: (973) 622-3333
Facsimile: (973) 622-3349

Michael A. Hatch (MHatch@blackwellburke.com)
**BLACKWELL BURKE P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN 55402
Telephone: (612) 343-3289
Facsimile: (612) 343-3205

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACOB GUNVALSON, CHERI AND JOHN GUNVALSON, AS GUARDIANS FOR JACOB GUNVALSON, AND CHERI AND JOHN GUNVALSON, INDIVIDUALLY, ) ) ) ) ) ) ) | Civil Action No. 08-3559 (WJM) (MF) **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Plaintiffs, ) ) | |
| v. ) ) | *DOCUMENT FILED ELECTRONICALLY* |
| PTC THERAPEUTICS, INC., ) ) | |
| Defendant. ) | |

WHEREAS Defendant PTC Therapeutics, Inc. ("PTC") has not yet filed an

answer or motion for summary judgment, Plaintiffs Jacob Gunvalson, Cheri and

John Gunvalson, as guardians for Jacob Gunvalson, and Cheri and John

Gunvalson, individually, hereby give notice pursuant to Federal Rule of Civil Procedure 41(a)(1) that the Complaint against PTC in the above matter be and hereby is dismissed without prejudice and without costs in favor of or against any party.

**SAIBER LLC**
*Attorneys for Plaintiffs*

Dated: March 12, 2009

/s/ Marc E. Wolin
Marc E. Wolin (mew@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
One Gateway Center, 13th Floor
Newark, NJ 07102

Michael A. Hatch (MHatch@blackwellburke.com)
**BLACKWELL BURKE P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN 55402