GUNVALSON et al v. PTC THERAPEUTICS, INC.                                              Doc. 32

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 08-3575

JACOB GUNVALSON; CHERI AND JOHN GUNVALSON, AS GUARDIANS FOR
JACOB GUNVALSON; CHERI AND JOHN GUNVALSON INDIVIDUALLY

v.

PTC THERAPEUTICS INC,
                                  Appellant

On Appeal from the United States District Court
for the District of New Jersey
(Civil No. 2-08-cv-03559)
District Judge: Honorable William J. Martini

Argued December 11, 2008

Before: MCKEE, SMITH, and ROTH, Circuit Judges.

JUDGMENT

This cause came to be considered on the record from the United States District

Court for the District of New Jersey and was argued on December 11, 2008.

On consideration whereof, it is hereby ORDERED that the order of the district

court entered August 21, 2008, granting a preliminary injunction is vacated and the case is remanded for further proceedings.

Attest:

/s/Marcia M. Waldron
Clerk

DATED: December 16, 2008

**Certified as a true copy and issued in lieu of a formal mandate on**  4/7/09

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**